# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY GONTARSKI, | : | No.: 3:16-cv-495 |
| Plaintiff, | : | |
| v. | : | (Judge Mariani) |
| | : | (Magistrate Judge Saporito) |
| ROBERT HOAG, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 18th day of May, 2018, **IT IS HEREBY ORDERED THAT:**

1. There being no objection (Doc. 30) to the defendants' request to allow the person with settlement authority to participate in the settlement conference by telephone (Doc. 29), the request is **GRANTED.**

2. The individual with settlement authority on behalf of the defendants, shall be permitted to participate in the June 1, 2018, settlement conference by telephone.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: May 18, 2018